IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| CHARLIE and MARY JACKSON, individually and on behalf of Jane Doe, a minor | ) ) ) |
| | ) No. 3-09-1004 |
| v. | ) ) |
| SUMNER COUNTY BOARD OF EDUCATION; and DONNA WEIDENBENNER, individually and in her official capacity as the Special Needs Teacher of Station Camp Elementary School | ) ) ) ) ) ) ) |

O R D E R

Counsel for the parties shall convene a telephone conference call with the Court on **Thursday, May 13, 2010, at 4:30 p.m.,** to be initiated by defendants' counsel, to address the defendants' joint motion for pre-deposition conference and order (Docket Entry No. 44).

It is so ORDERED.

_____
JULIET GRIFFIN
United States Magistrate Judge