**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION**

| | |
|---|---|
| **CHARLIE AND MARY JACKSON Individually and o/b/o JANE DOE, a minor,** )<br>)<br>**Plaintiffs,** )<br>)<br>v. )<br>)<br>**SUMNER COUNTY BOARD OF EDUCATION** )<br>**and DONNA WEIDENBENNER Individually and** )<br>**in her official capacity as Special Needs Teacher** )<br>**of Station Camp Elementary School,** )<br>)<br>**Defendants.** ) | Civil Action No. 3:09-cv-1004<br><br>Judge Thomas A. Wiseman, Jr.<br>Magistrate Judge Juliet E. Griffin |

## ORDER

Summary judgment having been entered in favor of Defendants, all other pending motions in this matter are hereby **DENIED** as **MOOT**.

It is so **ORDERED**.

_____
Thomas A. Wiseman, Jr.
Senior U.S. District Judge